KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Acting Chief, Criminal Division

ROBERT D. REES (CASBN 229441)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7109
   Fax:  (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PETER P. PATRELLA, ) <br> ) <br> Defendant. ) <br> ) | Case No. CR 05-00429 MAG <br><br> **ORDER FOR SUMMONS** |

    Having reviewed the Declaration of Zachary W. Prager, the Court finds that probable cause exists to believe that an offense has been committed.  Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of Court is directed to issue a summons directing defendant Peter Patrella appear on August 30, 2004 at 9:30 am before Magistrate Judge Bernard Zimmerman to answer the Information that has been filed by the United States Attorney.

    IT IS SO ORDERED.

Dated:  August 15, 2005

                                                          BERNARD ZIMMERMAN
                                                          United States Magistrate Judge